1   DANIEL R. MILLER (Bar No. 126893)
        Daniel.Miller@msrlegal.com
2   SIDNEY S. FOHRMAN (Bar No. 237630)
        Sidney.Fohrman@msrlegal.com
3   ANDREW J. RAMOS
        Andrew.Ramos@msrlegal.com
4   MILLER STARR REGALIA
    A Professional Law Corporation
5   1331 N. California Blvd., Fifth Floor
    Post Office Box 8177
6   Walnut Creek, California  94596
    Telephone:     (925) 935-940
7   Facsimile:     (925) 933-4126

8   Attorneys for Plaintiffs
    MAURICE A. LADRECH, as Trustee on behalf of
9   the Maurice A. Ladrech Revocable Living Trust;
    NICOLE A. LADRECH, as Trustee on behalf of the
10  Nicole A. Ladrech Trust; ANDRE A. LADRECH, as
    Trustee on behalf of the Andre A. Ladrech Trust;
11  ERIC E. LADRECH, as Trustee on behalf of the
    Eric E. Ladrech Trust

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15
    MAURICE A. LADRECH, as Trustee on          No. CV 10 2307 JCS
16  behalf of the Maurice A. Ladrech
    Revocable Living Trust; NICOLE A.          STIPULATION AND ~~PROPOSED~~ ORDER
17  LADRECH, as Trustee on behalf of the       TO EXTEND DEADLINE FOR PLAINTIFFS
    Nicole A. Ladrech Trust; ANDRE A.          TO FILE MOTION TO REMAND AND TO
18  LADRECH, as Trustee on behalf of the       CONTINUE INITIAL CASE MANAGEMENT
    Andre A. Ladrech Trust; ERIC E.            CONFERENCE PENDING EARLY
19  LADRECH, as Trustee on behalf of the       MEDIATION
    Eric E. Ladrech Trust,
20
                    Plaintiffs,
21
    v.
22
    FIRST MERCURY INSURANCE
23  COMPANY, and DOES 1 through 100,
    inclusive,
24
                    Defendants.
25

26

27

28

LADM\48707\810701.1                    -1-

STIPULATION AND ORDER RE: MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE

**STIPULATION OF THE PARTIES**

1.     Plaintiffs MAURICE A. LADRECH, as Trustee on behalf of the Maurice A. Ladrech Revocable Living Trust, NICOLE A. LADRECH, as Trustee on behalf of the Nicole A. Ladrech Trust, ANDRE A. LADRECH, as Trustee on behalf of the Andre A. Ladrech Trust, and ERIC C. LADRECH, as Trustee on behalf of the Eric E. Ladrech Trust (collectively, "Plaintiffs") filed Case No. RG 10511573 in the Superior Court of the State of California, County of Alameda, on April 26, 2010, against Defendants FIRST MERCURY INSURANCE COMPANY ("First Mercury") and DOES 1 through 100, inclusive (hereinafter, the "State Court Action").  Plaintiffs and First Mercury are collectively referred to herein as the "Parties."

2.     On May 26, 2010, First Mercury filed a Notice and Petition for Removal of the State Court Action under 28 U.S.C. Section 1441(b) removing the State Court Action to the United States District Court, Northern District of California (Case No. CV 10 2307 JCS).

3.     Plaintiffs contend that First Mercury's removal of the State Court Action to the United States District Court, Northern District of California, is invalid and improper and that the case should be remanded to the Superior Court of the State of California, County of Alameda. First Mercury disputes this contention.

4.     Plaintiffs and First Mercury have agreed to participate in an early, private mediation in an effort to resolve the case.  Although Plaintiffs and First Mercury have not yet agreed on a mediation date, Plaintiffs and First Mercury intend on participating in mediation during July 2010 or August 2010.

5.     In order to avoid litigation expense, Plaintiffs and First Mercury seek to extend the current deadlines, as set forth in the Case Management Order, and to extend the date within which Plaintiff may file a motion to remand so that the Parties can focus their efforts to resolve this case through mediation.

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective counsel, that:

1       1.     The deadline for Plaintiffs to file a motion to remand this action to the

2 Superior Court of the State of California, County of Alameda, shall be extended for sixty (60)

3 days, from June 25, 2010 to August 24, 2010;

4       2.     By submitting this Stipulation and Proposed Order to the Court, Plaintiffs

5 are not submitting to the Court's jurisdiction and are not waiving their right to contest the Court's

6 jurisdiction and/or the venue in this matter;

7       3.     The Initial Case Management Conference, currently set for September 3,

8 2010, shall be continued for sixty (60) days to allow the Parties to attempt to resolve their dispute

9 via mediation.  The Parties agree that all other case deadlines preceding or linked to the date of

10 the Initial Case Management Conference shall be continued for 60 days.

12 Dated:  June 17, 2010                MILLER STARR REGALIA

14                                  By:  /S/ _____

15                                    DANIEL R. MILLER
                                          Attorneys for Plaintiffs

16                                    MAURICE A. LADRECH, as Trustee on
                                    behalf of the Maurice A. Ladrech Revocable

17                                    Living Trust; NICOLE A. LADRECH, as
                                    Trustee on behalf of the Nicole A. Ladrech

18                                    Trust; ANDRE A. LADRECH, as Trustee
                                    on behalf of the Andre A. Ladrech Trust;

19                                    ERIC E. LADRECH, as Trustee on behalf
                                    of the Eric E. Ladrech Trust

21 Dated:  June 18, 2010                LONG & LEVITT LLP

23                                    By:  /S/ _____

24                                    DAVID P. BOROVSKY
                                    Attorneys for Defendant FIRST MERCURY
                                  INSURANCE CO.

1

**[~~PROPOSED~~] ORDER**

2              Having considered the Stipulation To Extend Deadline For Plaintiffs To File

3    Motion To Remand And To Continue Initial Case Management Conference Pending Early

4    Mediation (the "Stipulation), and good cause appearing therefore:

5              IT IS HEREBY ORDERED THAT:

6              1.       The deadline for Plaintiffs to file a motion to remand this action to the

7    Superior Court of the State of California, County of Alameda, shall be extended up to and

8    including August 24, 2010;

9              2.       The Initial Case Management Conference is continued 60 days to

10   November ~~2~~ 5, 2010;

11             3.       All other case deadlines preceding or linked to the date of the Initial Case

12   Management Conference are continued approximately 60 days, as set forth in the Court's

13   Amended Order setting Initial Case Management Conferences and ADR deadlines;

14             4.       By submitting this Stipulation and Proposed Order to the Court, Plaintiffs

15   are not submitting to the Court's jurisdiction and are not waiving their right to contest the Court's

16   jurisdiction and/or the venue in this matter;

17

18   Dated:_____06/22/10_____        _____

19                                        Hon.
                                               Judge Joseph C. Spero
20

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
**AS MODIFIED**

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE