1  DANIEL R. MILLER (Bar No. 126893)
   Daniel.Miller@msrlegal.com
2  SIDNEY S. FOHRMAN (Bar No. 237630)
   Sidney.Fohrman@msrlegal.com
3  ANDREW J. RAMOS (Bar No. 267313)
   Andrew.Ramos@msrlegal.com
4  MILLER STARR REGALIA
   A Professional Law Corporation
5  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
6  Walnut Creek, California 94596
   Telephone:   (925) 935-9400
7  Facsimile:   (925) 933-4126

8  Attorneys for Plaintiffs
   MAURICE A. LADRECH, as Trustee on behalf of
9  the Maurice A. Ladrech Revocable Living Trust;
   NICOLE A. LADRECH, as Trustee on behalf of the
10 Nicole A. Ladrech Trust; ANDRE A. LADRECH, as
   Trustee on behalf of the Andre A. Ladrech Trust;
11 ERIC E. LADRECH, as Trustee on behalf of the
   Eric E. Ladrech Trust

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURICE A. LADRECH, as Trustee on behalf of the Maurice A. Ladrech Revocable Living Trust; NICOLE A. LADRECH, as Trustee on behalf of the Nicole A. Ladrech Trust; ANDRE A. LADRECH, as Trustee on behalf of the Andre A. Ladrech Trust; ERIC E. LADRECH, as Trustee on behalf of the Eric E. Ladrech Trust, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MERCURY INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | No. CV 10 2307 JCS <br><br> STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of

Civil Procedure, Rule 41(a)(1), by and between plaintiffs MAURICE A. LADRECH, as Trustee

on behalf of the Maurice A. Ladrech Revocable Living Trust, NICOLE A. LADRECH, as Trustee on behalf of the Nicole A. Ladrech Trust, ANDRE A. LADRECH, as Trustee on behalf of the Andre A. Ladrech Trust, and ERIC C. LADRECH, as Trustee on behalf of the Eric E. Ladrech Trust (collectively, "Plaintiffs") and defendant FIRST MERCURY INSURANCE COMPANY ("Defendant"), as follows:

1. This action was commenced on April 26, 2010 in the Superior Court of the State of California, County of Alameda, Case No. RG10511573;

2. Defendant removed the action to the United States District Court, Northern District of California, Case No. 3:10-CV-02307-JCS;

3. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal;

4. Plaintiffs and Defendant have settled their dispute and each party has agreed to be responsible for its own legal costs and attorney's fees incurred in connection with or in any way arising from this action, subject to terms of the parties' settlement agreement;

5. The action is hereby dismissed, in its entirety, with prejudice.

Dated: August 25, 2010
MILLER STARR REGALIA

By: */s/ Daniel R. Miller*
DANIEL R. MILLER
Attorneys for Plaintiffs
MAURICE A. LADRECH, as Trustee on behalf of the Maurice A. Ladrech Revocable Living Trust; NICOLE A. LADRECH, as Trustee on behalf of the Nicole A. Ladrech Trust; ANDRE A. LADRECH, as Trustee on behalf of the Andre A. Ladrech Trust; ERIC E. LADRECH, as Trustee on behalf of the Eric E. Ladrech Trust

| | | |
|---|---|---|
| 1 | Dated: August 25, 2010 | LONG & LEVITT LLP |
| 2 | | |
| 3 | | By: */s/ Irene Yesowitch – David Borovsky* |
| 4 | | IRENE YESOWITCH<br>DAVID BOROVSKY |
| 5 | | Attorneys for Defendant FIRST<br>MERCURY INSURANCE CO. |

Dated: August 30, 2010

*IT IS SO ORDERED*

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LADM\48707\816617.1

STIPULATION OF DISMISSAL (No. CV 10 2307 JCS)

-3-

**PROOF OF SERVICE**
*MAURICE A. LADRECH, et al. v. FIRST MERCURY INSURANCE COMPANY, et al.*;
United States District Court, Northern District of California
Case No. CV 10 2307 JCS

I, Beverly Dozier-Jones, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1331 N. California Blvd., Fifth Floor, Post Office Box 8177, Walnut Creek, CA 94596. On August 27, 2010, I served the within documents:

**STIPULATION OF DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by scanning the document(s) listed above in "PDF" format and E-Filing said document(s) directly with the United States District Court's ECF website at: https//ecf.cand.uscourts.gov before 5:00 p.m. (PST).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Irene Yesowitch, Esq.
David Borovsky, Esq.
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Tel: (415) 397-2222
Fax: (415) 397-6392
Emails:
Iyesowitch@longlevit.com
Dborovsky@longlevit.com

Attorneys for Defendant **FIRST MERCURY INSURANCE COMPANY**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on August 27, 2010, at Walnut Creek, California.

                                                     /s/ Beverly Dozier-Jones
                                                          Beverly Dozier-Jones